# Exhibit B

ROSS

Andrew Arruda <andrew@rossintelligence.com>

---

# FC Invoices + Deliveries

4 messages

---

**Christina Steinbrecker Jack** <christina.jack@fastcase.com> Tue, Feb 9, 2021 at 3:02 PM
To: Andrew Arruda <andrew@rossintelligence.com>

Hi Andrew – I wanted to quickly reach out to confirm whether our finance team should continue sending invoices your way. Our expectation is that we should pause invoicing, but we wanted to check with you first. Hope you're doing well. We're all continuing to root for you and the team! Nina

fastcase® Smarter legal research.

Nina Steinbrecker Jack

Vice President, Product and Content

o 202.999-4687 | 711 D Street, NW, Suite 200

e cjack@fastcase.com | Washington, DC 20004-2806

www.fastcase.com | 1-866-77-FASTCASE

---

**Andrew Arruda** <andrew@rossintelligence.com> Tue, Feb 9, 2021 at 4:23 PM
To: Christina Steinbrecker Jack <christina.jack@fastcase.com>
Cc: Jimoh Ovbiagele <jimoh@rossintelligence.com>

Hi Nina,

Great to hear from you. Yes, things are on pause for now as we fight the good fight but things are looking very good! Thanks for your patience and support.

Best,
Andrew
[Quoted text hidden]

---

**2 attachments**

**image001.png**
19K

**image001.png**
19K

---

**Christina Steinbrecker Jack** <christina.jack@fastcase.com> Tue, Feb 9, 2021 at 4:34 PM
To: Andrew Arruda <andrew@rossintelligence.com>
Cc: Jimoh Ovbiagele <jimoh@rossintelligence.com>

Great to hear things are looking good. We'll discontinue invoicing starting next month. Keep in touch!

[Quoted text hidden]

---

**Andrew Arruda** <andrew@rossintelligence.com> Mon, Aug 17, 2026 at 3:18 PM
To: Jack Newton <jack.newton@clio.com>

Hi Jack,

Good to talk yesterday and glad we're aligned on working through this in good faith as ROSS restarts.

For reference, here's the correspondence with Nina, where Fastcase proposed pausing invoicing.

We want to settle up cleanly and move forward. Could you have your team confirm two things: (1) what, if anything, is outstanding on our account, and (2) the cost structure for resuming the data feeds? Happy to reconcile whatever's owed.

Would be great to hear back by Friday if possible, we're actively working on the restart and want to get the data piece lined up.

Best,
Andrew
[Quoted text hidden]