# Exhibit C

[redacted]

From: Andrew Arruda <mailto:andrew@rossintelligence.com>
Date: Thursday, September 24, 2026 at 2:03 PM EDT
Subject: Re: Restarting ROSS operations
To: Jack Newton <mailto:jack.newton@clio.com>
Cc: Jack Newton <mailto:jack@clio.com>, Ed Walters <mailto:ed.walters@fastcase.com>, Jimoh Ovbiagele <mailto:jimoh@rossintelligence.com>, Karamdeep Nijjar <mailto:karam@inovia.vc> Hi Jack, Your email gives notice under Section 7.2. That provision affords ROSS 30 days to cure. ROSS hereby tenders cure and will pay all accrued amounts immediately upon receiving an invoice.

This is not a new position. On June 18, I wrote to you and Ed: "We're prepared to settle any accrued amounts owed... How much does ROSS owe, and how much are Updates quarterly going forward?" I asked again on August 17, forwarding the Fastcase correspondence in which Fastcase proposed pausing invoicing, and requesting confirmation of "what, if anything, is outstanding on our account" and "the cost structure for resuming the data feeds." Fastcase has never provided a figure.

Four points on your email.

First, the Agreement has not terminated. Section 4.2 provides that "[a]fter three (3) years, this Agreement shall automatically renew for successive three (3) year terms, unless ROSS provides written notice of termination at least thirty (30) days prior to the end of the then current term." Termination on that basis is a right reserved to ROSS alone, and it is exercised only by written notice. ROSS has never given such notice. The Agreement became effective on September 27, 2017. It automatically renewed twice, each for a three-year term: once on September 27, 2020, and again on September 27, 2023. It will renew for a third time on September 27, 2026.

Second, Fastcase has never canceled. Cancellation under Section 7.2 requires three steps: notice of breach, a 30-day cure period, and notice of cancellation. Please produce the notice of breach and the notice of cancellation Fastcase relies on. Your email supplies the first, for the first time. Discontinuing performance without following the contractual mechanism is not cancellation; it is repudiation.

Third, invoicing stopped because Fastcase stopped it. On February 9, 2021, Christina Steinbrecker Jack wrote that "Our expectation is that we should pause invoicing," and the same day confirmed: "We'll discontinue invoicing starting next month." I sent that exchange to you on August 17, 2026, referenced in my June 18 email, and I've attached it again here. Fastcase proposed the arrangement, implemented it, and that has been the status quo ever since. ROSS has never failed to pay an invoice provided by Fastcase.

Fourth, failure to cure within 30 days is a condition precedent to Fastcase's right to cancel. That condition has not occurred and cannot occur while Fastcase withholds the figure required to satisfy it.

We've now asked three times; please provide the amount owed under the contract so ROSS Intelligence can cure.

ROSS Intelligence reserves all rights.

Best,
Andrew

On Thu, Sep 24, 2026 at 7:18 AM Jack Newton <mailto:jack.newton@clio.com> wrote:
Andrew,

As I conveyed in my September 10th email, we needed time to work through the relevant history and agreements, and that we would come back to you as soon as that review was complete. We have now completed that process.

We have reviewed your position and the Lawriter agreement with outside counsel. Fastcase's position is that it has no obligation to reactivate the feed or resume providing data or API services to ROSS.

ROSS stopped making the payments required by the agreement more than five years ago and ceased communicating with Lawriter/Fastcase during that period. That prolonged, uncured material breach excused Fastcase from continuing to

perform. ROSS's willingness to make payment now does not restore a right to resume performance after more than five years.

Nor does anything we have reviewed establish an agreement that suspended ROSS's payment obligations or preserved an indefinite right to reactivate the relationship. Sections 8.2 and 8.3 of the agreement reinforce that conclusion. If there is a document that you believe satisfies those provisions and alters the parties' contractual obligations, please send it to us and we will review it.

Accordingly, Fastcase will not reactivate the feed or resume providing data or API services to ROSS.

Separately, and solely to the extent Section 7.2 could be construed to require additional notice notwithstanding the foregoing, this email provides notice of ROSS's continuing breach of its payment obligations under Sections 3.2 and 4.2. Fastcase does not concede that Section 7.2 affords ROSS a present opportunity to cure its years-old breach, that the agreement remains subject to revival, or that further notice was required before Fastcase discontinued performance. Fastcase expressly reserves all rights.

Sincerely,
Jack

Jack Newton
CEO and Founder
Clio — The global leader in legal AI
Tel: tel:1-888-858-2546 x 105 | mailto:jack.newton@clio.com https://url.us.m.mimecastprotect.com/s/W-olC2kGAZfp01nxEt0F33i5jcKW?domain=clio.com |
https://url.us.m.mimecastprotect.com/s/4inbCR68rAhvyE7KgT9f66i15nxF?domain=clio.com |
https://url.us.m.mimecastprotect.com/s/0PpMCVOJyGIxz3O4PszhrriExsw-?domain=clio.com |
https://url.us.m.mimecastprotect.com/s/NRPACW6WzJh5NOlpyCKikkiogQ3V?domain=ca.linkedin.com

https://url.us.m.mimecastprotect.com/s/8HZyCXDYAKIXk2p6MTksLLiWYG8G?domain=clio.com

On Wed, Sep 23, 2026 at 10:58 AM, Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:
Hi Jack,

This is our final follow-up. We first reached out on June 18. Three months later, we still don't have Clio's position on the Lawriter agreement.

If we don't have an answer or a timeline this week, our counsel will take next steps.

Looping in Karam Nijjar from iNovia for full visibility here.

Best,
Andrew

On Wed, Sep 16, 2026 at 10:12 AM Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:
Hi Jack,
The Board is asking for a timeline. We first reached out in June and still don't have Clio's position on the Lawriter agreement.
When should we expect a response?
Best,

Andrew

On Thu, Sep 10, 2026 at 7:05 PM Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:
Thanks Jack, I'll update the Board accordingly.

Best,
Andrew

On Thu, Sep 10, 2026 at 7:03 PM Jack Newton <mailto:jack.newton@clio.com> wrote:
Andrew,

We're working through the relevant history and agreements, and we'll come back to you with a response once that review is complete.

I understand you're working against a board timeline, but I'm not able to commit to responding on that schedule. You'll hear from us in due course.

Sincerely,
Jack

Jack Newton
CEO and Founder
Clio — The global leader in legal AI
Tel: tel:1-888-858-2546 x 105 | mailto:jack.newton@clio.com https://url.us.m.mimecastprotect.com/s/W-olC2kGAZfp01nxEt0F33i5jcKW?domain=clio.com |
https://url.us.m.mimecastprotect.com/s/4inbCR68rAhvyE7KgT9f66i15nxF?domain=clio.com |
https://url.us.m.mimecastprotect.com/s/0PpMCVOJyGIxz3O4PszhrriExsw-?domain=clio.com |
https://url.us.m.mimecastprotect.com/s/NRPACW6WzJh5NOlpyCKikkiogQ3V?domain=ca.linkedin.com

https://url.us.m.mimecastprotect.com/s/Q4LmCYEVBLtLjMG06tMtJJixFDre?domain=clio.com

On Thu, Sep 10, 2026 at 4:09 PM, Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:
Hi Jack,
Checking in on the below for the ROSS Board. We need to close this out by tomorrow EOD.
Best,
Andrew
On Tue, Sep 1, 2026 at 3:17 PM Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:
Hi Jack,
Understood.
One thing I need in writing for the ROSS Board. If Clio's position is that the Lawriter agreement terminated, state the date and the provision relied on. ROSS's position is that the agreement was paused by mutual agreement in February 2021 and that ROSS never gave notice of termination.
Please respond by September 11.
Best,
Andrew
On Tue, Sep 1, 2026 at 2:42 PM Jack Newton <mailto:jack.newton@clio.com> wrote:
Hi Andrew,
Thanks for the note, and for sending over the Lawriter documentation.

We've discussed this internally, and Fastcase has decided not to sell or license any further data to ROSS — we are winding down this part of the business.
We appreciate you reaching out, and we wish you and the ROSS team well going forward.
Sincerely,
Jack
Jack Newton
CEO and Founder
Clio — The global leader in legal AI
Tel: tel:(888)%20858-2546 | mailto:jack.newton@clio.com
https://url.us.m.mimecastprotect.com/s/KUh2C31Y08SpWqL8RtOHZZiQqIFN?domain=clio.com | blog | social | linkedin
A term defined one way on page 3, used differently on page 30. Join this free CLE webinar to catch it fast in Microsoft Word.
On Wed, Aug 26, 2026 at 10:21 AM, Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:
Hi Jack,
First, under our attached Lawriter agreement, Section 2.1 grants ROSS Intelligence a perpetual, irrevocable, royalty-free license to all data already delivered. ROSS reserves all rights.
Separately, Clio publicly offers legal data feeds and APIs (https://url.us.m.mimecastprotect.com/s/exmtCZ6ZDMh5XlOmoCPuVViBhoGO?domain=fastcase.com/). ROSS would like to purchase case updates from January 2020 forward, along with the associated treatment data. I have submitted this same request to mailto:sales@fastcase.com.
Please provide a price quote for these services, or confirm plainly that Clio will not sell to ROSS at any price.
Best,
Andrew
On Wed, Aug 19, 2026 at 3:49 PM Jack Newton <mailto:jack.newton@clio.com> wrote:
Andrew,
Thank you for reaching out regarding ROSS's plans to restart operations. I appreciate you keeping us in the loop.
We have reviewed this internally and Fastcase has decided not to pursue a renewed data partnership with ROSS. After careful consideration, this is not a relationship we are looking to re-establish.
We reserve all of our rights under any prior agreements between the parties.
We wish you and the ROSS team well going forward.
Best regards,
Jack
Jack Newton
CEO and Founder
Clio — The global leader in legal AI
Tel: tel:(888)%20858-2546 | mailto:jack.newton@clio.com
https://url.us.m.mimecastprotect.com/s/KUh2C31Y08SpWqL8RtOHZZiQqIFN?domain=clio.com/ | blog | social | linkedin
Learn how to use AI with free training for legal professionals.
On Tue, Jul 14, 2026 at 4:21 PM, Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:
Hi Jack,
Three notes over two weeks and no response, so I'll take the hint that this isn't getting your attention directly. Let me be clear about where things stand.
ROSS is resuming operations and the data agreement is part of that. This isn't a request to start something new. It's an existing agreement that was paused by mutual arrangement, and the plan to resume was set while you were on the ROSS board. We're prepared to settle what's owed and move forward cooperatively. That's been my preference from the start and it still is.
I'd rather resolve this directly and keep it simple, but I need a response. If I don't hear back, I'll have our team take it from here and handle it through the appropriate channels.
Point me to the right person on your side, or take fifteen minutes with me. Either works. Let me know.
Best,
Andrew
On Mon, Jul 6, 2026 at 8:41 AM Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:

Hi Jack, hope you had a great Canada Day, and a good 4th on top of it.
Checking in: anything moving on your end?
Everything's lined up here, and we're ready to move as soon as access is sorted- same plan as when you were around the table, getting ROSS back up and running.
If someone else on your side is the right person to pick this up, point me their way and I'll take it from there.
Otherwise, happy to grab 15 minutes whenever works this week.
Best,
Andrew
On Thu, Jun 25, 2026 at 9:19 AM Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:
Hi Jack,
Good to be picking this back up.
There's more context here that's easier to talk through on a call than over email. Could we grab some time by phone in the next few days?
Happy to work around your schedule.
Best,
Andrew
On Thu, Jun 25, 2026 at 7:06 AM Jack Newton <mailto:jack.newton@clio.com> wrote:
Hi Andrew,
Thanks for reaching out. Good to hear from you.
I'll need to get familiarized with the agreements that were in place to answer your questions. As a heads up, we are not doing these kinds of data licensing deals on a go-forward basis.
Cheers,
Jack
Jack Newton
CEO and Founder
Clio — The global leader in legal AI
Tel: tel:(888)%20858-2546 | mailto:jack.newton@clio.com
https://url.us.m.mimecastprotect.com/s/KUh2C31Y08SpWqL8RtOHZZiQqIFN?domain=clio.com/ | blog | social | linkedin
Get trained on AI with Clio's Legal AI Accelerator—free certifications, workshops, and resources for legal professionals.
On Thu, Jun 18, 2026 at 3:44 PM, Andrew Arruda <mailto:andrew@rossintelligence.com> wrote:
Hi Jack (and hi Ed!),
Hope you're doing well. Reaching out because we're in the process of restarting ROSS operations and want to resume our agreement.
When ROSS wound down active operations, we worked with Christina Steinbrecker Jack and the Fastcase team on a mutual pause of the agreement pending resolution of our circumstances. We've now reached a position where we can resume.
We're prepared to settle any accrued amounts owed and would like to understand the cost structure for ongoing Updates moving forward.
Ed - copying you, given your prior engagement with ROSS during the Fastcase-Casemaker transition. Wanted to keep you in the loop as we restart. It's time!
How much does ROSS owe, and how much are Updates quarterly going forward?
Best,
Andrew