# Exhibit D

[redacted]

**From:** Andrew Arruda <andrew@rossintelligence.com>
**Sent:** Wednesday, August 26, 2026 1:18 PM
**To:** Sales <sales@fastcase.com>
**Cc:** Jimoh Ovbiagele <jimoh@rossintelligence.com>; christina.jack@vlex.com <christina.jack@vlex.com>
**Subject:** Legal Data API // pricing inquiry

Hi -

Looking for a quote on two feeds off your Legal Data API: https://www.fastcase.com/solutions/legal-data-api/

Case law updates, federal and state, published and unpublished, January 2020 to present, plus ongoing delivery. Bulk backfile then incremental. JSON or XML.

Treatment data. Later positive and negative treatment per case, and negative treatment counts. API or feed, whichever you offer.

US coverage only. Volume is a full national corpus, not a sample.

Can you send pricing and coverage details, or set up a call with whoever handles data licensing?

Thanks,
Andrew Arruda
ROSS Intelligence